# United States District Court

**FILED**
OCT 3 0 2007

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**EMC**

UNITED STATES OF AMERICA
v.
**FRANK WADE CLARKSON**

(Name and Address of Defendant)

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT**

CASE NUMBER: 3 07 70650

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 21, 2007, in San Francisco County, in the Northern District of California, the defendant, did use a deadly or dangerous weapon to forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18 United States Code, Section 1114, while engaged in and on account of the performance of official duties, in violation of Title 18 United States Code, Section 111(a) and (b), <u>Assault on a Federal Officer</u>.

I further state that I am a <u>Special Agent</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 U.S.C. § 111(a) and (b):
Maximum term of imprisonment of 20 years; $250,000 fine; 3 years supervised release; and $100 special assessment fee.

APPROVED AS TO FORM: _____
Derek Owens, AUSA

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Arrest Warrant Requested:   ☒ Yes ☐ No
Bail Amount:                No Bail

Signature of Complainant, Jonathan R. Dubin

Sworn to before me and subscribed in my presence,

October 30, 2007                at   San Francisco, California
Date                                 City and State

**Edward M. Chen**
**United States Magistrate Judge**
Name & Title of Judicial Officer                Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**           )
                                           )    ss. **AFFIDAVIT**
**NORTHERN DISTRICT OF CALIFORNIA**        )

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
CHARGING FRANK WADE CLARKSON,
WITH VIOLATING 18 U.S.C. § 111(a) and (b),
ASSAULTING A FEDERAL OFFICER

I, Jonathan R. Dubin, being duly sworn, depose and state:

*Affiant Background*

1. I am an "investigative or law enforcement officer of the Untied States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June, 2003. I have been assigned to investigate cases involving violent crime, violent gangs and drug trafficking activity out of the FBI's San Francisco office. I have received training at the FBI Academy in Quantico, Virginia, to include training on violent street gangs, criminal case management, informant development, and Title III investigations. Before joining the FBI, I served for approximately four and a half (4.5) years as an Assistant State's Attorney with the Cook County State's Attorney's Office in Chicago, Illinois.

*Purpose of Affidavit*

3. This affidavit establishes probable cause to arrest Frank Wade CLARKSON for assaulting a federal officer, in violation of 18 U.S.C. § 111(a) and (b), when he used a deadly or dangerous weapon to forcibly assault FBI Special Agent Matthew Eads by intentionally driving a motor vehicle into his person.

4. This affidavit is based in part upon my personal knowledge, interviews, and the review of various records and documents obtained during this investigation. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

*Relevant Statutes*

5. Title 18 U.S.C. § 111(a) and (b) were in full force and effect throughout the period of this investigation. Title 18 U.S.C. § 111 states: "(a) Whoever (1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties; or (2) forcibly assaults or intimidates any person who formerly served as a person designated in section 1114 on account of the performance of official duties during such person's term of service, shall, where the acts in violation of this section constitute only

simple assault, be fined under this title or imprisoned not more than one year, or both, and in all other cases, be fined under this title or imprisoned not more than 8 years, or both. (b) Enhanced penalty.--Whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury, shall be fined under this title or imprisoned not more than 20 years, or both."

6. Title 18 U.S.C. § 1114 designates protected persons as: "any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance."

*Facts Supporting Probable Cause*

7. On August 21, 2007, at approximately 11:20 a.m. Special Agent Matthew Eads was on duty in his automobile parked in an outdoor public parking lot off of the Great Highway, between JKF Drive and Fulton Street. While at this location, SA Eads observed an unidentified male park a black Acura Integra next to SA Eads' vehicle, exit said Acura with a surf board, and proceed to the ocean.

8. At approximately 11:40 a.m., SA Eads observed Frank Wade CLARKSON (later positively identified by SA Eads) park a white four door Nissan Maxima with California License Plate number "3SVT004" near SA Eads' automobile. SA Eads then observed CLARKSON loitering around the Acura Integra for five to ten minutes, at which time CLARKSON began to circle the Acura Integra and inspect each of the vehicle's wheel wells. SA Eads then observed CLARKSON open the door of the Acura Integra and sit in the driver seat. SA Eads, believing the CLARKSON was in the process of committing a crime, exited his vehicle and approached CLARKSON.

9. SA Eads identified himself to CLARKSON as being a FBI agent both verbally and by showing his FBI credentials. SA Eads requested that CLARKSON produce a drivers license. CLARKSON stated that he did not have one. When asked by SA Eads why he was sitting in the Acura Integra, considering the fact that he arrived at that location in the Nissan Maxima, CLARKSON stated that he was waiting for a friend of his who was surfing so that they could go to lunch. SA Eads, believing that CLARKSON was attempting to commit a theft, used his cell phone to call the San Francisco Police Department.

10. After a brief telephonic conversation with the San Francisco Police Department, SA Eads observed CLARKSON run back to the Nissan Maxima, enter the driver seat, and start the engine. SA Eads was standing directly in front of the Nissan Maxima, approximately five to ten feet from the front bumper. SA Eads yelled for CLARKSON to exit the vehicle. CLARKSON replied, "fuck you," put the car in drive and accelerated directly at SA Eads. SA Eads jumped out of the way in an attempt to

avoid being hit, but was struck in the thigh by CLARKSON's Nissan Maxima. SA Eads observed CLARKSON drive away southbound on Great Highway.

   11.   On September 06, 2007, at approximately 3:20 p.m., while standing in front of the United States Park Police Station located at 1217 Ralston Avenue in the Presidio of San Francisco, United States Park Police Officer N. Wu observed a white Nissan Maxima drive through a posted stop sign without stopping. Officer Wu stopped the white Nissan Maxima and observed that the California license plate was "3SVT004." Officer Wu observed that the only occupant of the Nissan Maxima was the driver, Frank Wade CLARKSON.

   12.   On September, 06, 2007, at approximately 9:30 p.m., while at the San Francisco Police Department Richmond Station, SA Eads was shown a photographic lineup. SA Eads positively identified CLARKSON as the person who struck him with the white Nissan Maxima having California license plate "3SVT004" on August 21, 2007.

*Conclusion*
   13.   Based on the facts and information detailed in the affidavit, I believe probable cause exists that Frank Wade CLARKSON assaulted a federal officer, in violation of 18 U.S.C. § 111(a) and (b), when he used a deadly or dangerous weapon to forcibly assault FBI Special Agent Matthew Eads by intentionally driving a motor vehicle into his person. As such, I respectfully request a warrant for his arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
JONATHAN R. DUBIN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN BEFORE ME
ON OCTOBER 30, 2007

_____
THE HONORABLE EDWARD M. CHEN
United States Magistrate Judge
Northern District of California