AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C., Section 111(a)(1) and
(b) - Assault Upon a Federal
Officer (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**E-filing**

**PENALTY:**

Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☑ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco County

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

3-07-70650 EMC

Name and Office of Person
Furnishing Information on
THIS FORM                **SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)        DEREK R. OWENS

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

**DEFENDANT - U.S.**

NOV 1 5 2007

▶ FRANK WADE CLARKSON

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 07    0730

**JSW**

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☑ Awaiting trial on other charges    } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution

San Francisco County Jail

Has detainer
been filed?    ☐ Yes    } If "Yes"
               ☑ No     } give date
                          filed

DATE OF
ARREST ▶    Month/Day/Year
            8/21/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE: SAN FRANCISCO

FILED

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**V.**

FRANK WADE CLARKSON

E-filing    CR 07    0730

JSW

DEFENDANT.

## INDICTMENT

*Indict*

A true bill.

_____ Foreman

Filed in open court this _15_ day of

_NOVEMBER_

_____ Clerk

Bail $ No bail warrant

1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JSW**

UNITED STATES OF AMERICA,            )    No. CR 07    0730
                                     )
        Plaintiff,                   )    VIOLATION: 18 U.S.C. § 111(a) and 18
                                     )    U.S.C. § 111(b) – Assaulting a Federal
    v.                               )    Officer
                                     )
                                     )
FRANK WADE CLARKSON,                 )    SAN FRANCISCO VENUE
                                     )
        Defendant.                   )
                                     )
_____)

I N D I C T M E N T

The Grand Jury charges:

    1. On or about August 21, 2007, in the Northern District of California, the defendant,

FRANK WADE CLARKSON,

intentionally used force in assaulting, resisting, opposing, impeding, intimidating, and interfering

with a federal employee, specifically, a Federal Bureau of Investigations Special Agent, while

that federal employee was engaged in and on account of the performance of his official duties, in

violation of Title 18, United States Code, Section 111(a).

    2. During the offense alleged in paragraph 1 above, the defendant used a deadly or

//

INDICTMENT

1  dangerous weapon, specifically an automobile, in violation of Title 18, United States Code,

2  Section 111(b).

3

4

5  DATED:                                A TRUE BILL.

6       11-15-07

7                                        FOREPERSON

8  SCOTT N. SCHOOLS
   United States Attorney
9

10

11  GREGG W. LOWDER
    Chief, Major Crimes Section
12

13

14  (Approved as to form: _____)
                    AUSA OWENS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT