# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: February 7, 2008

Case No. CR-07-730  JSW　　　　　　Judge: Jeffrey S. White

United States of America   v.  Frank Wade Clarkson
　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　Present (X) Not Present ( ) In-Custody (X)

| Derek Owens | Patrick Robbins |
|---|---|
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini　　　　Court Reporter: Belle Ball

### PROCEEDINGS

REASON FOR HEARING: Trial Setting

RESULT OF HEARING:

Case Continued to 2-21-08 at 2:30 p.m. for Trial Setting

TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161