JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0730 JSW |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO U.S. MARSHALS TO |
| ) | PREPARE PRISONER FOR RELEASE AT |
| FRANK WADE CLARKSON, ) | COURT APPEARANCE ON FEBRUARY |
| ) | 11, 2008 |
|     Defendant. ) | |

    The parties jointly request that the Court set this matter on its regular criminal calendar on Monday, February 11, 2008, at 9:30.  At that time, the parties will ask the Court to release Mr. Clarkson pursuant to conditions to be set at the hearing, including the condition that he reside at New Bridge Foundation Residential Treatment facility.  Specifically:

    1.    The defendant has been charged in an indictment with assault in violation of 18 U.S.C. 111.  The Court ordered him detained pending Pretrial Service's evaluation of his suitability for residential drug treatment.  Following an assessment, Pretrial Services since has determined that he is a candidate for residential drug treatment and has secured a bed for him at New Bridge

STIP. AND ORDER
CR 07-0730 JSW

1  beginning on February 11, 2008.  Accordingly, the parties have already arranged with the
2  Court's deputy clerk to set the matter on for a detention hearing on February 11, 2008.
3     2.  At the detention hearing, the parties will jointly propose Clarkson's release on the
4  standard conditions and special conditions that include his residing at New Bridge and his being
5  transported directly to New Bridge.
6     3.  A representative from New Bridge will come to the hearing on February 11, and will be
7  available to drive Clarkson directly to New Bridge.  Accordingly, the parties ask the Court to
8  direct the U.S. Marshals to bring Clarkson's belongings with him (known as "rolling him up") so
9  that he can be driven directly to New Bridge rather than being released from Santa Rita later that
10 night.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 2/8/2008          /s/ Derek Owens
                          _____
                          DEREK R. OWENS
                          Assistant United States Attorney

DATED: 2/8/2008          /s/ Patrick Robbins
                          _____
                          PATRICK ROBBINS
                          Attorney for Frank Wade Clarkson

    For good cause shown, the Court sets this matter on its criminal calendar on February 11, 2008, at 9:30 a.m. for a detention hearing, where the Court contemplates that it will release Clarkson on the condition that he reside at New Bridge.  Because he will be transported directly from the Court's calendar to New Bridge by a representative from New Bridge, the Court directs the United States Marshal to bring Clarkson's personal belongings to the hearing (also known as

STIP. AND ORDER
CR 07-0730 JSW                         2

1  "rolling him up") so that he can be released directly from the court hearing.

2

3  IT IS SO ORDERED

4

5

6  DATED:_____         _____
                                 MARIA-ELENA JAMES
7                                United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER
CR 07-0730 JSW                            3