JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0730 JSW |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 7, 2008 THROUGH FEBRUARY 21, 2008 |
| FRANK WADE CLARKSON, ) | |
|     Defendant. ) | |

On February 7, 2008, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from February 7, 2008, through February 21, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

//

STIP. AND ORDER
CR 07-0730 JSW

1 | and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

DATED: __2/7/2008__                 /s/ Derek Owens
                                                      _____
                                                        DEREK R. OWENS
                                                        Assistant United States Attorney

DATED: __2/8/2008__                 /s/ Patrick Robbins
                                                         _____
                                                         PATRICK ROBBINS
                                                        Attorney for Frank Wade Clarkson

    As the Court found on February 7, 2008, and for the reasons stated above, the Court finds that an exclusion of time between February 7, 2008, through February 21, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                                     _____
                                                  THE HONORABLE JEFFREY S. WHITE
                                                  United States District Court Judge