**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**

**Date:** February 21, 2008            **JUDGE:** Jeffrey S. White

**Case No:** CR-07-0730 JSW

**Case Name:** UNITED STATES **v.** FRANK WADE CLARKSON (Not in Custody)

**Attorney for Plaintiff:** Derek Owens
**Attorney for Defendant:** Patrick Robbins

**Deputy Clerk:** Frank Justiliano     **Court Reporter:** Sylvia Russo

**Interpreter:** None     **Probation Officer:** S. Sara Black

**PROCEEDINGS**

Trial Setting - HELD. At the request of defense counsel, the Court continued the hearing to allow time for further disclosure. Parties to be prepared to set firm dates at the continued hearing. Time excluded for effective preparation. Government to prepare a stipulation for time excluded.

**CASE CONTINUED TO:** Thursday, February 28, 2008 at 9:30 a.m. **for** Trial Setting.

**cc:** chambers