JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                       )<br>   Plaintiff,             )<br>                                       )<br>   v.                            )<br>                                       )<br>FRANK WADE CLARKSON,        )<br>                                       )<br>   Defendant.           )<br>_____) | No. CR 07-0730 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING ON<br>FEBRUARY 28, 2008 FROM 9:30 AM TO<br>2:30 PM |

    On February 21, 2008, the parties in this case appeared before the Court for a status conference. At that time, the parties requested a special setting for a hearing date on February 28, 2008, at 9:30 a.m., due to government counsel's unavailability during the afternoon of February 28th. Since the February 21st appearance a conflict in defense counsel's schedule has become apparent, and government counsel has arranged for substitute government counsel to be available for the February 28th afternoon calendar. Therefore, the parties hereby jointly and respectfully request that the hearing currently scheduled for this matter at 9:30 a.m. on February

//

STIP. AND ORDER
CR 07-0730 JSW

1  28, 2008, be continued to 2:30 p.m. on February 28, 2008.

3  SO STIPULATED:

4                                                      JOSEPH P. RUSSONIELLO
                                                    United States Attorney

6              2/25/2008               Derek Owens
DATED: _____   _____
                                            DEREK R. OWENS
                                            Assistant United States Attorney

            2/25/2008               Patrick Robbins
DATED: _____   _____
                                            PATRICK ROBBINS
                                            Attorney for Frank Wade Clarkson

     The trial or motion setting hearing currently set before this Court at 9:30 a.m. on February 28, 2008, is hereby continued to 2:30 p.m. on February 28, 2008, before the Honorable Jeffrey S. White .

SO ORDERED.

DATED:_____   _____
                                          THE HONORABLE JEFFREY S. WHITE
                                          United States District Court Judge