JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0730 JSW |
| )<br>Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | FEBRUARY 21, 2008 THROUGH |
| FRANK WADE CLARKSON, ) | FEBRUARY 28, 2008 |
| ) | |
| Defendant. ) | |
| _____ ) | |

On February 21, 2008, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from February 21, 2008, through February 28, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

//

STIP. AND ORDER
CR 07-0730 JSW

and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

         2/22/2008                      /s/ Derek Owens
DATED: _____               _____
                                              DEREK R. OWENS
                                              Assistant United States Attorney

         2/25/2008                      /s/ Patrick Robbins
DATED: _____               _____
                                              PATRICK ROBBINS
                                              Attorney for Frank Wade Clarkson

     As the Court found on February 21, 2008, and for the reasons stated above, the Court finds that an exclusion of time between February 21, 2008, through February 28, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                   _____
                                       THE HONORABLE JEFFREY S. WHITE
                                       United States District Court Judge