1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,      )   No. CR 07-0730 JSW
                                   )
15        Plaintiff,                )
                                   )   STIPULATION AND [PROPOSED]
16        v.                        )   ORDER CONTINUING HEARING ON
                                   )   FEBRUARY 28, 2008 FROM 9:30 AM TO
17  FRANK WADE CLARKSON,           )   2:30 PM
                                   )
18        Defendant.                )
                                   )
19

20

21      On February 21, 2008, the parties in this case appeared before the Court for a status

22  conference. At that time, the parties requested a special setting for a hearing date on February

23  28, 2008, at 9:30 a.m., due to government counsel's unavailability during the afternoon of

24  February 28th. Since the February 21st appearance a conflict in defense counsel's schedule has

25  become apparent, and government counsel has arranged for substitute government counsel to be

26  available for the February 28th afternoon calendar. Therefore, the parties hereby jointly and

27  respectfully request that the hearing currently scheduled for this matter at 9:30 a.m. on February

28  //

STIP. AND ORDER
CR 07-0730 JSW

28, 2008, be continued to 2:30 p.m. on February 28, 2008.

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: __2/25/2008__         Derek Owens
                                  _____
                                  DEREK R. OWENS
                                  Assistant United States Attorney

DATED: __2/25/2008__         Patrick Robbins
                                  _____
                                  PATRICK ROBBINS
                                  Attorney for Frank Wade Clarkson

    The trial or motion setting hearing currently set before this Court at 9:30 a.m. on February 28, 2008, is hereby continued to 2:30 p.m. on February 28, 2008, before the Honorable Jeffrey S. White .

SO ORDERED.

DATED: February 26, 2008                    _____
                                  THE HONORABLE JEFFREY S. WHITE
                                  United States District Court Judge

STIP. AND ORDER
CR 07-0730 JSW                        2