UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: February 28, 2008

Case No. CR-07-730 JSW			Judge: Jeffrey S. White

United States of America   v.  Frank Wade Clarkson
						Defendant
						Present (X) Not Present ( ) In-Custody ()

	Derek Owens				Patrick Robbins
	U.S. Attorney				Defense Counsel

Deputy Clerk: Jennifer Ottolini			Court Reporter: Margo Gurule


### PROCEEDINGS

REASON FOR HEARING: Trial Setting

RESULT OF HEARING:

Case Continued to 3-20-08 at 2:30 p.m. for Change of Plea**

**if no change of plea, counsel will request to vacate the above date and the motion briefing schedule below will be followed:

Case Continued to 4-17-08 at 2:30 p.m. for Motions re: Roviaro

(Motion Due: 3-20-08, Opp Due: 4-3-08, Reply Due: 4-10-08)


TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161