1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 07-0730 JSW
                                    )
15     Plaintiff,                   )
                                    )   STIPULATION AND [PROPOSED]
16  v.                              )   ORDER EXCLUDING TIME FROM
                                    )   FEBRUARY 28, 2008 THROUGH
17 FRANK WADE CLARKSON,             )   MARCH 20, 2008
                                    )
18     Defendant.                   )
   _____)
19

20

21    On February 28, 2008, the parties in this case appeared before the Court for a status

22 conference.  At that time, the parties stipulated that time should be excluded from the Speedy

23 Trial Act calculations from February 28, 2008, through March 20, 2008, for effective preparation

24 of defense counsel.  The parties represented that granting the continuance was the reasonable

25 time necessary for effective preparation of defense counsel, taking into account the exercise of

26 due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of

27 justice served by granting such a continuance outweighed the best interests of the public

28 //

STIP. AND ORDER
CR 07-0730 JSW

and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                                      JOSEPH P. RUSSONIELLO
                                                    United States Attorney

DATED:  03/10/2008              /s/ Derek Owens
                                                    DEREK R. OWENS
                                                    Assistant United States Attorney

DATED:  03/10/2008              /s/ Patrick Robbins
                                                    PATRICK ROBBINS
                                                    Attorney for Frank Wade Clarkson

As the Court found on February 28, 2008, and for the reasons stated above, the Court finds that an exclusion of time between February 28, 2008, through March 20, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                               _____
                                                       THE HONORABLE JEFFREY S. WHITE
                                                       United States District Court Judge

STIP. AND ORDER
CR 07-0730 JSW                              2