AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

---- OFFENSE CHARGED ----

Title 18 U.S.C., Section 111(a) - Opposing, Impeding, and Interfering with a Federal Employee (Class D Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Maximum Term of Imprisonment of Eight Years
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years
Mandatory Special Assessment of $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ FRANK WADE CLARKSON

DISTRICT COURT NUMBER
CR 07-0730 JSW

[FILED 08 MAR 19 PM 1:54 stamp]

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction      } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes" give date
been filed?   ☐ No      filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 3-07-70650 EMC

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  DEREK OWENS

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____      Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

08 MAR 19 PM 1: 53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0730 JSW |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 111(a) – Opposing, Impeding, and Interfering with a Federal Employee (Class D Felony) |
| v. | ) |
| FRANK WADE CLARKSON, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about August 21, 2007, in the Northern District of California, the defendant,

**FRANK WADE CLARKSON,**

forcibly opposed, impeded, and interfered with a federal employee, specifically, a Federal Bureau of Investigation Special Agent, while that federal employee was engaged in and on account of the

//

//

SUPERCEDING INFORMATION
CR 07-730 JSW

performance of his official duties, in violation of Title 18, United States Code, Section 111(a).

DATED: February 27, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
DEREK R. OWENS
Assistant United States Attorney

SUPERCEDING INFORMATION
CR 07-730 JSW

-2-