| | |
|---|---|
| 1 | Patrick D. Robbins (State Bar No. 152288) |
| | Morgan L. Hector (State Bar No. 246573) |
| 2 | SHEARMAN & STERLING LLP |
| | 525 Market Street, Suite 1500 |
| 3 | San Francisco, CA 94105-2723 |
| | Telephone: (415) 616-1100 |
| 4 | Facsimile: (415) 616-1199 |
| | Email:    probbins@shearman.com |
| 5 |          morgan.hector@shearman.com |
| 6 | Attorneys for Defendant |
| | Frank Wade Clarkson |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-00730-1 JSW |
| Plaintiff, | FRANK WADE CLARKSON'S SENTENCING MEMORANDUM; APPLICATION FOR ORDER SEALING SENTENCING MEMORANDUM; [PROPOSED] ORDER SEALING SENTENCING MEMORANDUM |
| v. | |
| FRANK WADE CLARKSON, | |
| Defendant. | |
| | Date:   July 17, 2008 |
| | Time:   2:30 p.m. |
| | Place:  Courtroom No. 2, 17th Floor |
| | Judge:  Honorable Jeffrey S. White |

**MANUAL FILING NOTIFICATION**

---

MANUAL FILING NOTIFICATION                1                CASE NO.: CR 07-00730-1 JSW

274290

## MANUAL FILING NOTIFICATION

Regarding: FRANK WADE CLARKSON'S SENTENCING MEMORANDUM; APPLICATION FOR ORDER SEALING SENTENCING MEMORANDUM; [PROPOSED] ORDER SEALING SENTENCING MEMORANDUM

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving these filings directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not efiled for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the efiling system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[ ] Other (description): _____

Dated: July 10, 2008

SHEARMAN & STERLING LLP
Patrick D. Robbins
Morgan L. Hector

By: _____/s/ Patrick D. Robbins_____
      Patrick D. Robbins

Attorneys for Defendant Frank Wade Clarkson

---

MANUAL FILING NOTIFICATION    1    CASE NO.: CR 07-00730-1 JSW
274290