| | |
|---|---|
| 1 | Patrick D. Robbins (State Bar No. 152288) |
| 2 | Morgan L. Hector (State Bar No. 246573)<br>SHEARMAN & STERLING LLP |
| 3 | 525 Market Street, Suite 1500<br>San Francisco, CA 94105-2723 |
| 4 | Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199 |
| 5 | Email:     probbins@shearman.com<br>            morgan.hector@shearman.com |
| 6 | Attorneys for Defendant |
| 7 | Frank Wade Clarkson |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No.: CR 07-00730-1 JSW |
| | Plaintiff, | |
| v. | | |
| FRANK WADE CLARKSON, | | PROOF OF SERVICE |
| | Defendant. | |

**PROOF OF PERSONAL SERVICE**

I, the undersigned, certify and declare that:

I am employed in the City and County of San Francisco, state of California. I am over the age of eighteen years and not a party to the within action.

My business address is TOSHI'S LEGAL CONNECTION, 3701 Sacramento Street, #269, San Francisco, California 94118.

On July 10, 2008, I served the following documents:

DEFENDANT FRANK WADE CLARKSON'S SENTENCING MEMORANDUM **(UNDER SEAL)**

DEFENDANT FRANK WADE CLARKSON'S APPLICATION FOR ORDER SEALING SENTENCING MEMORANDUM **(UNDER SEAL)**

[PROPOSED] ORDER SEALING DEFENDANT FRANK WADE CLARKSON'S SENTENCING MEMORANDUM **(UNDER SEAL)**

on the interested parties in said action or proceeding by personally delivering a true copy thereof, enclosed in a sealed envelope, as follows:

| | |
|---|---|
| Constance M. Cook<br>U.S. Probation Officer<br>United States District Court<br>Northern District of California<br>Probation Office<br>1301 Clay Street, Suite 220S<br>Oakland, California 94612-5208 | Derek Owens<br>Assistant United States Attorney<br>U.S. Department of Justice<br>Northern District of California<br>11th Floor, Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2008 at San Francisco, California.

_____
[signature: James Klein]