08/14/2008 03:24 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | FRANK WADE CLARKSON | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611021985 | 1 | PR | 100.00 | 08/04/2008 |

Case No. DCAN307CR00730  USA VS CLARKSON

Division Payment Total        100.00

Grand Total        100.00

$100.00 SPECIAL ASSESSMENT
PAID IN FULL

M 8-4-08

Page 1 of 1